UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Mary Ann Dematteis,

        Plaintiff,                                   17 Civ. 9683 (AEK)

   -against-                                    **ORDER**

Domenic Volpe Cleaners, Inc., et al.,

        Defendants.

-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter. ECF No. 34. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five (45) days of this Order. Any application to reopen that is filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

      The Clerk of Court is respectfully directed to close this case.

Dated: April 26, 2022
       White Plains, New York

                                                      _____
                                                      ANDREW E. KRAUSE
                                                      United States Magistrate Judge